UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

TRAVELERS INDEMNITY COMPANY and
TRIUMPH CONSTRUCTION CORP.,

                Plaintiffs,

v.

UNITED STATES FIRE INSURANCE COMPANY,

                Defendant.

_____

Index No.: 1:22-cv-06440-MKV

## NOTICE OF PLAINTIFFS' APPEAL

**NOTICE IS HEREBY GIVEN** that plaintiffs Travelers Indemnity Company ("Travelers") and Triumph Construction Corp. ("Triumph") hereby appeal to the United States Court of Appeals for the Second Circuit from (1) the District Court's January 25, 2024 Memorandum Opinion and Order (ECF No. 25) granting defendant United States Fire Insurance Company's ("US Fire") motion to dismiss in part, i.e., dismissing Travelers' claims with prejudice, (2) the District Court's March 6, 2026 Memorandum Opinion and Order (ECF No. 62) denying Triumph's motion for summary judgment, granting US Fire's motion for summary judgment, dismissing Triumph's claims without prejudice, and requesting that the Clerk of the Court close this case, and (3) the District Court's March 9, 2026 Judgment (ECF No. 63) reiterating the District Court's March 6, 2026 Memorandum Opinion and Order, denying Triumph's motion for summary judgment, granting US Fire's motion for summary judgment, dismissing Triumph's claims without prejudice, and closing this case.

Plaintiffs appeal from the District Court's aforementioned orders and judgment with respect to US Fire's duty to provide a defense and indemnification with respect to the underlying

bodily injury action and reimburse all defense costs incurred by Travelers and Triumph in the

defense of the underlying bodily injury action, as well as any and all findings, orders, and

evidentiary rulings giving rise to the aforementioned orders and judgment or otherwise adverse to

plaintiffs.

Dated: April 2, 2026                              KENNEY SHELTON LIPTAK NOWAK LLP

                                                  By:    /s/ Matthew C. Ronan
                                                         Matthew C. Ronan

                                                  The Calumet Building
                                                  233 Franklin Street
                                                  Buffalo, New York 14202

                                                  *Attorneys for plaintiffs Travelers Indemnity
                                                  Company and Triumph Construction Corp.*

CLOSED,APPEAL,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:22–cv–06440–MKV

| | |
|---|---|
| Travelers Indemnity Insurance Company et al v. United States Fire Insurance Company<br>Assigned to: Judge Mary Kay Vyskocil<br> Case in other court:  State Court – Supreme, 656913/2022<br>Cause: 28:1332jd Diversity–Declaratory Judgement | Date Filed: 07/29/2022<br>Date Terminated: 03/09/2026<br>Jury Demand: None<br>Nature of Suit: 110 Insurance<br>Jurisdiction: Diversity |

**Plaintiff**

**Travelers Indemnity Company**
*TERMINATED: 01/25/2024*

represented by **Matthew C. Ronan**
Kenney Shelton Liptak & Nowak, LLP
233 Franklin Street
Buffalo, NY 14202
716–853–3801
Email: mcronan@kslnlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Triumph Construction Corp.**

represented by **Matthew C. Ronan**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Fire Insurance Company**

represented by **Frank Michael Falcone**
Kennedys CMK LLP
400 Connell Drive
Suite 700
Berkeley Heights, NJ 07922
908–848–6300
Email: frank.falcone@kennedyslaw.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/29/2022 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 656913/2022. (Filing Fee $ 402.00, Receipt Number BNYSDC–26480335).Document filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit DJ Complaint).(Falcone, Frank) (Entered: 07/29/2022) |
| 08/01/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Frank Michael Falcone. The party information for the following party/parties has been modified: Travelers Indemnity Insurance Company, Triumph Construction Corp., United States Fire Insurance Company. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party role was entered incorrectly. (sj)** (Entered: 08/01/2022) |
| 08/01/2022 | | **\*\*\*NOTICE TO ATTORNEY TO ELECTRONICALLY FILE CIVIL COVER SHEET. Notice to Attorney Frank Michael Falcone. Attorney must electronically file the Civil Cover Sheet. Use the event type Civil Cover Sheet found under the event list Other Documents. (sj)** (Entered: 08/01/2022) |
| 08/01/2022 | | **\*\*\*NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Frank Michael Falcone. The following case opening statistical information was erroneously selected/entered: County code Albany. The following correction(s) have been** |

| | | |
|---|---|---|
| | | **made to your case entry: the County code has been modified to New York. (sj)** (Entered: 08/01/2022) |
| 08/01/2022 | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above–entitled action is assigned to Judge Nelson Stephen Roman. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district–judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf–related–instructions..(sj) (Entered: 08/01/2022) |
| 08/01/2022 | | Magistrate Judge Judith C. McCarthy is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (sj) (Entered: 08/01/2022) |
| 08/01/2022 | | Case Designated ECF. (sj) (Entered: 08/01/2022) |
| 08/02/2022 | 2 | NOTICE OF APPEARANCE by Matthew C. Ronan on behalf of Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 08/02/2022) |
| 08/03/2022 | 3 | CIVIL COVER SHEET filed..(Falcone, Frank) (Entered: 08/03/2022) |
| 08/03/2022 | 4 | CIVIL COVER SHEET filed..(Falcone, Frank) (Entered: 08/03/2022) |
| 08/04/2022 | 5 | CIVIL COVER SHEET filed..(Falcone, Frank) (Entered: 08/04/2022) |
| 08/04/2022 | 6 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent Travelers Property Casualty Corp., Corporate Parent Travelers Insurance Group Holdings Inc., Corporate Parent The Travelers Companies, Inc. for Travelers Indemnity Company. Document filed by Travelers Indemnity Company..(Ronan, Matthew) (Entered: 08/04/2022) |
| 08/04/2022 | 7 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Corporate Parent FFHL Group Ltd., Corporate Parent Crum & Forster Holdings Corp., Corporate Parent Fairfax (US) Inc., Corporate Parent Fairfax Financial Holdings Limited for United States Fire Insurance Company. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 08/04/2022) |
| 08/05/2022 | 8 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)*. Document filed by United States Fire Insurance Company. (Attachments: # 1 Text of Proposed Order Proposed Order).(Falcone, Frank) (Entered: 08/05/2022) |
| 08/05/2022 | 9 | MEMORANDUM OF LAW in Support re: 8 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6).* . Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 08/05/2022) |
| 08/05/2022 | 10 | AFFIRMATION of Frank M. Falcone in Support re: 8 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. 12(b)(6)..* Document filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit A – Policy (USF 1 – 64), # 2 Exhibit Exhibit A – Policy (USF 65 – 149), # 3 Exhibit Exhibit A – Policy (USF 150 – 238), # 4 Exhibit Exhibit B – Notice of Claim, # 5 Exhibit Exhibit C – Underlying Complaint, # 6 Exhibit Exhibit D – Miller v. Columbia Ins. Co., # 7 Exhibit Exhibit E – West v. Clean Rite).(Falcone, Frank) (Entered: 08/05/2022) |
| 08/08/2022 | 11 | LETTER MOTION for Leave to File Motion to Dismiss *and/or allow for a pre–motion conference* addressed to Judge Nelson Stephen Roman from Frank M. Falcone dated August 8, 2022. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 08/08/2022) |
| 08/08/2022 | 12 | MEMO ENDORSEMENT denying without prejudice to renewal by formal motion 8 Motion to Dismiss. ENDORSEMENT: Defendant's Motion to Dismiss is denied without prejudice for failure to follow the Court's Individual Rules of Practice in Civil Cases § 3.A.ii., subject to refiling before the newly assigned District Judge. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 8. (Signed by Judge Nelson Stephen Roman on 8/8/2022) (ate) (Entered: 08/08/2022) |

| | | |
|---|---|---|
| 08/09/2022 | | NOTICE OF CASE REASSIGNMENT to Judge Mary Kay Vyskocil. Judge Nelson Stephen Roman is no longer assigned to the case. (laq) (Entered: 08/09/2022) |
| 08/09/2022 | | Magistrate Judge Sarah Netburn is so redesignated. (laq) (Entered: 08/09/2022) |
| 09/01/2022 | 13 | LETTER addressed to Judge Mary Kay Vyskocil from Matthew C. Ronan, Esq. dated 9/1/22 re: request clarification from Court on previous Order. Document filed by Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 09/01/2022) |
| 09/02/2022 | 14 | LETTER addressed to Judge Mary Kay Vyskocil from Frank Falcone, Esq. dated September 2, 2022 re: Plaintiff Attempt to Have US Fire pre–motion leave request denied should be rejected. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 09/02/2022) |
| 09/02/2022 | 15 | ORDER: granting 11 Letter Motion for Leave to File Document. As the parties are aware, this case has been reassigned to me. The Canons of Judicial Ethicsmay require me to disclose that I represented Travelers entities during my pre–judicial career at Simpson Thacher & Bartlett LLP. I have no doubt that I can fairly and impartially preside over this case, and I do not believe my recusal is required. However, if any party wishes to make a motion based on the disclosure above, such motion is due September 9, 2022. Any response isdue September 14, 2022. Defendant's request for leave to file a motion to dismiss [ECF No. 11] is GRANTED. No pre–motion conference is necessary. To the extent that Plaintiffs request leave either to move for a default judgment, or to file a belated opposition to Defendant's pre–motion letter [ECF No. 13 at 2], those requests are denied. Accordingly, IT IS HEREBY ORDERED that, by September 9, 2022, Plaintiffs shall file a letter informing the Court whether they intend to file an amended complaint. If Plaintiffs elect not to amend the complaint, Defendant shall file its contemplated motion to dismiss by September 27, 2022. The Clerk of Court is respectfully requested to terminate the letter motion pending at docket entry 11. And as set forth herein. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 9/02/2022) (ama) (Entered: 09/02/2022) |
| 09/02/2022 | | Set/Reset Deadlines: Motions due by 9/27/2022. Responses due by 9/14/2022 (ama) (Entered: 09/02/2022) |
| 09/09/2022 | 16 | LETTER addressed to Judge Mary Kay Vyskocil from Matthew C. Ronan, Esq. dated 9/9/22 re: response to Court's 9/2/22 Order. Document filed by Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 09/09/2022) |
| 09/09/2022 | 17 | AMENDED COMPLAINT against United States Fire Insurance Company.Document filed by Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 09/09/2022) |
| 09/23/2022 | 18 | MOTION to Dismiss . Document filed by United States Fire Insurance Company. (Attachments: # 1 Text of Proposed Order Proposed Order).(Falcone, Frank) (Entered: 09/23/2022) |
| 09/23/2022 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss . . Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 09/23/2022) |
| 09/23/2022 | 20 | AFFIRMATION of Frank M. Falcone in Support re: 18 MOTION to Dismiss .. Document filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit Exhibit A – Policy (USF 1 – 64), # 2 Exhibit Exhibit A – Policy (USF 65 – 149), # 3 Exhibit Exhibit A – Policy (USF 150 – 238), # 4 Exhibit Exhibit B – Notice of Claim, # 5 Exhibit Exhibit C – Underlying Complaint, # 6 Exhibit Exhibit D – Miller v. Columbia Ins. Co., # 7 Exhibit Exhibit E – West v. Clean Rite, # 8 Affidavit Affirmation of Service).(Falcone, Frank) (Entered: 09/23/2022) |
| 09/27/2022 | 21 | FIRST LETTER MOTION for Extension of Time *(to file opposition papers re ECF document #18)* addressed to Judge Mary Kay Vyskocil from Matthew C. Ronan, Esq. dated 9/27/2022. Document filed by Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 09/27/2022) |
| 10/04/2022 | 22 | ORDER granting 21 Letter Motion for Extension of Time. Granted. SO ORDERED. Opposition due 10/17/2022. (Signed by Judge Mary Kay Vyskocil on 10/4/2022) (tg) (Entered: 10/04/2022) |

| | | |
|---|---|---|
| 10/04/2022 | | Set/Reset Deadlines: Responses due by 10/17/2022 (tg) (Entered: 10/04/2022) |
| 10/17/2022 | 23 | MEMORANDUM OF LAW in Opposition re: 18 MOTION to Dismiss . . Document filed by Travelers Indemnity Company, Triumph Construction Corp.. (Attachments: # 1 Affidavit Ronan Declaration, # 2 Exhibit Ronan Ex. A – DJ Amended Complaint, # 3 Affidavit Ward Declaration, # 4 Exhibit Ward A – Travelers Policy, # 5 Exhibit Ward B – Wheel Loader Brochure, # 6 Exhibit Ward C – Wheel Loader Registration, # 7 Exhibit Ward D – Seminatore Witness Statement, # 8 Exhibit Ward E – Costa Witness Statement, # 9 Exhibit Ward F – Garcia Witness Statement, # 10 Exhibit Ward G – Bilella Witness Statement, # 11 Exhibit Ward H – Costa Statement Audio Recording, # 12 Exhibit Ward I – Garcia Statement Audio Recording, # 13 Exhibit Ward J – Bilella Statement Audio Recording, # 14 Exhibit Ward K – 50–h Transcript, # 15 Exhibit Ward L – ULA BOP, # 16 Exhibit Ward M – US Fire Policy 1 of 2, # 17 Exhibit Ward M – US Fire Policy 2 of 2, # 18 Exhibit Ward N – 2.20.19 Email, # 19 Exhibit Ward O – 3.6.19 Disclaimer, # 20 Exhibit Ward P – 8.11.21 Disclaimer).(Ronan, Matthew) (Entered: 10/17/2022) |
| 10/24/2022 | 24 | REPLY MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss . . Document filed by United States Fire Insurance Company. (Attachments: # 1 Affidavit of Service).(Falcone, Frank) (Entered: 10/24/2022) |
| 01/25/2024 | 25 | MEMORANDUM OPINION AND ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS re: 18 MOTION to Dismiss filed by United States Fire Insurance Company. For the foregoing reasons, the motion to dismiss is GRANTED IN PART and DENIED IN PART. The claims asserted by Plaintiff Travelers only are DISMISSED with prejudice. The Clerk of Court is respectfully requested to terminate docket entry 18. SO ORDERED. Travelers Indemnity Company terminated. (Signed by Judge Mary Kay Vyskocil on 1/25/2024) (mml) (Entered: 01/25/2024) |
| 02/08/2024 | 26 | ANSWER to Complaint. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 02/08/2024) |
| 02/09/2024 | 27 | NOTICE INITIAL PRETRIAL CONFERENCE: To join the conference, dial (646) 453–4442 and use Conference ID 595 389 136#. As further set forth by this Order. SO ORDERED. Initial Conference set for 3/1/2024 at 10:00 AM before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 2/9/2024) (tg) (Entered: 02/09/2024) |
| 02/23/2024 | 28 | JOINT LETTER addressed to Judge Mary Kay Vyskocil from Matthew C. Ronan, Esq. / Frank M. Falcone, Esq. dated 2/23/24 re: case summary in advance of pretrial conference. Document filed by Travelers Indemnity Company..(Ronan, Matthew) (Entered: 02/23/2024) |
| 02/23/2024 | 29 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Travelers Indemnity Company..(Ronan, Matthew) (Entered: 02/23/2024) |
| 02/28/2024 | 30 | CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). This case is not to be tried to a jury. Any motion to amend or to join additional parties shall be filed within 30 days from the date of this Order. The parties have discussed settlement and the use of alternate dispute resolution. The IPTC that was scheduled to take place on March 1, 2024 is ADJOURNED sine die. The parties shall file a joint status letter in 60 days. In addition, the parties shall file a joint letter within five days of the resolution of the underlying action. Deposition due by 5/24/2024. Fact Discovery due by 6/24/2024. Expert Discovery due by 8/23/2024. Estimate length of trial 3 days. Status Conference set for 8/29/2024 at 10:30 AM in Courtroom 18C, 500 Pearl Street, New York, NY 10007 before Judge Mary Kay Vyskocil. (Signed by Judge Mary Kay Vyskocil on 2/28/2024) (tg) (Entered: 02/28/2024) |
| 05/16/2024 | 31 | STATUS REPORT. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 05/16/2024) |
| 06/12/2024 | 32 | MEMO ENDORSEMENT on re: 31 Status Report filed by United States Fire Insurance Company. ENDORSEMENT: The parties shall file a joint status letter by October 10, 2024. The letter shall address the status of the underlying action, the schedule for any anticipated expert discovery, and any anticipated motion practice. |

| | | |
|---|---|---|
| | | (Signed by Judge Mary Kay Vyskocil on 6/12/2024) (tg) (Entered: 06/12/2024) |
| 08/23/2024 | 33 | SCHEDULING ORDER: For the avoidance of doubt, in light of the Court's Order dated June 12, 2024 [ECF No. 32], the conference that was previously scheduled to take place on August 29, 2024 is adjourned sine die. In the joint status letter due October 10, 2024, if the Underlying Action still has not been resolved, the parties shall inform the Court whether they agree to stay this action, or voluntarily dismiss without prejudice, until the resolution of the Underlying Action. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 8/23/2024) (tg) (Entered: 08/23/2024) |
| 09/12/2024 | 34 | LETTER addressed to Judge Mary Kay Vyskocil from Frank M. Falcone dated September 12, 2024 re: Request Pre–Motion Conference. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 09/12/2024) |
| 10/10/2024 | 35 | STATUS REPORT. *Joint Status Update* Document filed by Travelers Indemnity Company, Triumph Construction Corp...(Ronan, Matthew) (Entered: 10/10/2024) |
| 11/25/2024 | 36 | LETTER addressed to Judge Mary Kay Vyskocil from Frank M. Falcone dated November 25, 2024 re: Request Pre–Motion Conference. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 11/25/2024) |
| 11/25/2024 | 37 | MOTION for Tyler J. Pierson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30235414. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by United States Fire Insurance Company. (Attachments: # 1 Affidavit of Tyler J. Pierson, # 2 Exhibit A, # 3 Proposed Order Proposed Order).(Falcone, Frank) (Entered: 11/25/2024) |
| 11/25/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 37 MOTION for Tyler J. Pierson to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC–30235414. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (rju)** (Entered: 11/25/2024) |
| 11/26/2024 | 38 | ORDER granting 37 Motion for Tyler J Pierson to Appear Pro Hac Vice (HEREBY ORDERED by Judge Mary Kay Vyskocil)(Text Only Order) (rz) (Entered: 11/26/2024) |
| 02/10/2025 | 39 | ORDER: The parties shall file a joint letter by February 14, 2025 informing the Court of the status of this case, including whether Defendant still wishes to file a motion to compel. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 2/10/2025) (tg) (Entered: 02/10/2025) |
| 02/14/2025 | 40 | STATUS REPORT. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 02/14/2025) |
| 04/01/2025 | 41 | MEMO ENDORSEMENT on re: 40 Status Report filed by United States Fire Insurance Company. ENDORSEMENT: The request of U.S. Fire to further extend discovery is DENIED. This case has been pending for years. Any motion for summary judgment is due April 24, 2025. Oppositions are due May 8, 2025. Any reply is due May 15, 2025. ( Motions due by 4/24/2025., Responses due by 5/8/2025, Replies due by 5/15/2025.) (Signed by Judge Mary Kay Vyskocil on 4/1/2025) (tg) (Entered: 04/01/2025) |
| 04/24/2025 | 42 | MOTION for Summary Judgment . Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 43 | DECLARATION of MATTHEW C. RONAN in Support re: 42 MOTION for Summary Judgment .. Document filed by Triumph Construction Corp.. (Attachments: # 1 Exhibit A – DJ COMPLAINT, # 2 Exhibit B – FIRST MOTION TO DISMISS ORDER, # 3 Exhibit C – DJ AMENDED COMPLAINT, # 4 Exhibit D – NOTICE OF SECOND MOTION TO DISMISS, # 5 Exhibit E – SECOND MOTION TO DISMISS ORDER, # 6 Exhibit F – US FIRE ANSWER, # 7 Exhibit G – US FIRE POLICY, # 8 Exhibit H – NOTICE TO US FIRE, # 9 Exhibit I – US FIRE CLAIM NOTES).(Ronan, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 44 | DECLARATION of CAROL OLSEN in Support re: 42 MOTION for Summary Judgment .. Document filed by Triumph Construction Corp.. (Attachments: # 1 Exhibit A – TRAVELERS POLICY, # 2 Exhibit B.1 – PART 1 – HAKS–TRIUMPH |

| | | |
|---|---|---|
| | | CONTRACT, # 3 Exhibit B.2 – PART 2 – HAKS–TRIUMPH CONTRACT, # 4 Exhibit C – WHEEL LOADER REGISTRATION, # 5 Exhibit D – WHEEL LOADER PAMPHLET, # 6 Exhibit E – INCIDENT REPORT, # 7 Exhibit F – SEMINATORE STATEMENT, # 8 Exhibit G – BILELLA STATEMENT, # 9 Exhibit H – COSTA STATEMENT, # 10 Exhibit I – GARCIA STATEMENT, # 11 Exhibit J – ULA COMPLAINT, # 12 Exhibit 3.6.19 DISCLAIMER, # 13 Exhibit 8.11.21 DISCLAIMER).(Ronan, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 45 | MEMORANDUM OF LAW in Support re: 42 MOTION for Summary Judgment . . Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 46 | RULE 56.1 STATEMENT. Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 04/24/2025) |
| 04/24/2025 | 47 | LETTER addressed to Judge Mary Kay Vyskocil from Frank M. Falcone dated April 24, 2025 re: Request Pre–Motion Conference. Document filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit A – Discovery Responses, # 2 Exhibit B – Deficiency Letter, # 3 Exhibit C – 09.12.2024 Letter, # 4 Exhibit D – Supplemental Production, # 5 Exhibit E – Supplemental Responses, # 6 Exhibit F – Triumph Deposition, # 7 Exhibit G – 02.11.2025 Letter, # 8 Exhibit H – Email).(Falcone, Frank) (Entered: 04/24/2025) |
| 04/24/2025 | 48 | MOTION for Summary Judgment . Document filed by United States Fire Insurance Company. (Attachments: # 1 Proposed Order Proposed Order).(Falcone, Frank) (Entered: 04/24/2025) |
| 04/24/2025 | 49 | MEMORANDUM OF LAW in Support re: 48 MOTION for Summary Judgment . . Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 04/24/2025) |
| 04/24/2025 | 50 | AFFIRMATION of Frank M. Falcone in Support re: 48 MOTION for Summary Judgment .. Document filed by United States Fire Insurance Company. (Attachments: # 1 Exhibit A – Policy, # 2 Exhibit B – US Fire Disclaimer, # 3 Exhibit C – Notice of Claim & Tender, # 4 Exhibit D – Travelers' GL Notice, # 5 Exhibit E – Notice to GL Excess, # 6 Exhibit F – Travelers' Claim Notes, # 7 Exhibit G – Auto Loss Notice, # 8 Exhibit H – Triumph Deposition, # 9 Exhibit I – Underlying Action to Travelers, # 10 Exhibit J – Travelers Accepts Coverage, # 11 Exhibit K – Travelers Re–Notice, # 12 Exhibit L – Travelers' Disclaimer, # 13 Exhibit M – Post Disclaimer Emails, # 14 Exhibit N – Second Disclaimer, # 15 Exhibit O – Kennedys Letter, # 16 Exhibit P – Ronan Letter, # 17 Exhibit Q – Kennedys Letter 2, # 18 Exhibit R – RFA Responses, # 19 Exhibit S – Ronan Email).(Falcone, Frank) (Entered: 04/24/2025) |
| 04/24/2025 | 51 | RULE 56.1 STATEMENT. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 04/24/2025) |
| 04/29/2025 | 52 | LETTER addressed to Judge Mary Kay Vyskocil from MATTHEW C. RONAN dated 04/29/2025 re: Defendant United States Fire Insurance Companys letter requesting a pre–motion conference. Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 04/29/2025) |
| 05/08/2025 | 53 | DECLARATION of DANIEL SOLLAZZO in Opposition re: 48 MOTION for Summary Judgment .. Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 05/08/2025) |
| 05/08/2025 | 54 | MEMORANDUM OF LAW in Opposition re: 48 MOTION for Summary Judgment . . Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 05/08/2025) |
| 05/08/2025 | 55 | RESPONSE in Opposition to Motion re: 48 MOTION for Summary Judgment . *RESPONSE TO DEFENDANT'S RULE 56.1 STATEMENT OF FACTS*. Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 05/08/2025) |
| 05/08/2025 | 56 | MEMORANDUM OF LAW in Opposition re: 42 MOTION for Summary Judgment . . Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 05/08/2025) |

| | | |
|---|---|---|
| 05/08/2025 | 57 | RESPONSE in Opposition to Motion re: 42 MOTION for Summary Judgment . *Response to Plaintiff's Rule 56.1 Statement of Material Facts*. Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 05/08/2025) |
| 05/15/2025 | 58 | REPLY MEMORANDUM OF LAW in Support re: 48 MOTION for Summary Judgment . . Document filed by United States Fire Insurance Company..(Falcone, Frank) (Entered: 05/15/2025) |
| 05/15/2025 | 59 | DECLARATION of MATTHEW C. RONAN in Support re: 42 MOTION for Summary Judgment .. Document filed by Triumph Construction Corp.. (Attachments: # 1 Exhibit J – US FIRE DOCUMENT DEMANDS).(Ronan, Matthew) (Entered: 05/15/2025) |
| 05/15/2025 | 60 | DECLARATION of DANIEL SOLLAZZO in Support re: 42 MOTION for Summary Judgment .. Document filed by Triumph Construction Corp.. (Attachments: # 1 Exhibit A – CONSTITUTION TENDER ACCEPTANCE).(Ronan, Matthew) (Entered: 05/15/2025) |
| 05/15/2025 | 61 | REPLY MEMORANDUM OF LAW in Support re: 42 MOTION for Summary Judgment . . Document filed by Triumph Construction Corp...(Ronan, Matthew) (Entered: 05/15/2025) |
| 03/06/2026 | 62 | MEMORANDUM OPINION AND ORDER GRANTING SUMMARY JUDGMENT FOR DEFENDANT re: 42 MOTION for Summary Judgment . filed by Triumph Construction Corp., 48 MOTION for Summary Judgment . filed by United States Fire Insurance Company. For the foregoing reasons, Triumph's motion for summary judgment is DENIED, US Fire's motion for summary judgment is GRANTED, and Triumph's claims are DISMISSED without prejudice for lack of standing. The Clerk of Court is respectfully requested to terminate all outstanding docket entries and to close this case. SO ORDERED. (Signed by Judge Mary Kay Vyskocil on 3/6/26) (yv) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/09/2026) |
| 03/09/2026 | 63 | CLERK'S JUDGMENT re: 62 Memorandum & Opinion in favor of United States Fire Insurance Company against Triumph Construction Corp. It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Memorandum Opinion and Order dated March 6, 2026, Triumph's motion for summary judgment is DENIED, US Fire's motion for summary judgment is GRANTED, and Triumph's claims are DISMISSED without prejudice for lack of standing; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/9/26) (Attachments: # 1 Appeal Package) (km) (Entered: 03/09/2026) |
| 04/02/2026 | 64 | NOTICE OF APPEAL from 25 Memorandum & Opinion, Add and Terminate Parties,,,, 63 Clerk's Judgment,, 62 Memorandum & Opinion,,. Document filed by Travelers Indemnity Company, Triumph Construction Corp.. Filing fee $ 605.00, receipt number ANYSDC–32640559. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Ronan, Matthew) (Entered: 04/02/2026) |